William M. Huse, Esq.  (IN #31622-49)
  (admitted *Pro Hac Vice*)
Schuckit & Associates, P.C.
4545 Northwestern Drive
Zionsville, IN  46077
Telephone:  317-363-2400
Fax:  317-363-2257
E-Mail:  whuse@schuckitlaw.com

*Lead Counsel for Defendant Trans Union, LLC*

David Streza, Esq. (CSB #209353)
Vogl Meredith Burke LLP
456 Montgomery Street, 20th Floor
San Francisco, CA  94104
Telephone:  415-398-0200
Fax:  415-398-2820
E-Mail:  dstreza@vmbllp.com

*Local Counsel for Defendant Trans Union, LLC*

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN JOSE DIVISION**

| | |
|---|---|
| RILEY HUNTER,<br>      Plaintiff,<br><br>  vs.<br><br>EXPERIAN INFORMATION SOLUTIONS, INC.; EQUIFAX, INC.; TRANSUNION, LLC; CITIBANK, NATIONAL ASSOCIATION; THE GOLDEN 1 CREDIT UNION; and DOES 1 THROUGH 100 INCLUSIVE;<br>      Defendants. | CASE NO. 5:17-cv-01810-EJD<br><br>**STIPULATION AND [PROPOSED] ORDER OF DISMISSAL WITH PREJUDICE BETWEEN PLAINTIFF AND DEFENDANT TRANS UNION, LLC ONLY** |

Plaintiff Riley Hunter, by counsel, and Defendant Trans Union, LLC ("Trans Union"), by counsel, hereby stipulate and agree that all matters herein between them have been compromised and settled, and that Plaintiff's cause against Trans Union only should be dismissed, with prejudice, with each party to bear its own costs and attorneys' fees.

**STIPULATION AND [PROPOSED] ORDER OF DISMISSAL WITH PREJUDICE BETWEEN PLAINTIFF AND DEFENDANT TRANS UNION, LLC ONLY – 5:17-CV-01810-EJD**

Page 1 of 3

|   |   |   |
|---|---|---|
| 1 |   | Respectfully submitted, |
| 2 |   |   |
| 3 | Date: May 24, 2017 | /s/ Joseph B. Angelo (w/ consent) |

Scott J. Sagaria, Esq.
Elliott W. Gale, Esq.
Joseph B. Angelo, Esq.
Scott M. Johnson, Esq.
Sagaria Law, P.C.
2033 Gateway Place, 5th Floor
San Jose, CA 95110
Telephone: 408-279-2288
Fax: 408-279-2299
E-Mail: sjsagaria@sagarialaw.com
          egale@sagarialaw.com
          jangelo@sagarialaw.com
          sjohnson@sagarialaw.com

*Counsel for Plaintiff Riley Hunter*

Date: May 24, 2017         /s/William M. Huse
William M. Huse, Esq. (IN #31622-49)
  (admitted *Pro Hac Vice*)
Schuckit & Associates, P.C.
4545 Northwestern Drive
Zionsville, IN 46077
Telephone: 317-363-2400
Fax: 317-363-2257
E-Mail: whuse@schuckitlaw.com

*Lead Counsel for Defendant Trans Union, LLC*

David Streza, Esq. (CSB #209353)
Vogl Meredith Burke LLP
456 Montgomery Street, 20th Floor
San Francisco, CA 94104
Telephone: 415-398-0200
Fax: 415-398-2820
E-Mail: dstreza@vmbllp.com

*Local Counsel for Defendant Trans Union, LLC*

*Pursuant to Local Rule 5-1(i)(3), I attest that concurrence in the filing of this document has been obtained from each of the Signatories.*

**STIPULATION AND [PROPOSED] ORDER OF DISMISSAL WITH PREJUDICE BETWEEN PLAINTIFF AND DEFENDANT TRANS UNION, LLC ONLY – 5:17-CV-01810-EJD**

PURSUANT TO STIPULATION, IT IS SO ORDERED that Trans Union, LLC is dismissed with prejudice. Plaintiff Riley Hunter and Defendant Trans Union, LLC shall each bear their own costs and attorneys' fees.

Date: May 25, 2017

_____
JUDGE, United States District Court, Northern District of California

DISTRIBUTION TO:

| | |
|---|---|
| Scott J. Sagaria, Esq.<br>sjsagaria@sagarialaw.com | Elliot W. Gale, Esq.<br>egale@sagarialaw.com |
| Joseph B. Angelo, Esq.<br>jangelo@sagarialaw.com | Scott M. Johnson, Esq.<br>sjohnson@sagarialaw.com |
| Benjamin C. Lee, Esq.<br>blee@jonesday.com | Janlynn Robinson Fleener, Esq.<br>jfleener@downeybrand.com |
| Thomas P. Quinn, Jr., Esq.<br>tquinn@nokesquinn.com | David J. Streza, Esq.<br>dstreza@vmbllp.com |
| William M. Huse, Esq.<br>whuse@schuckitlaw.com | |

**STIPULATION AND [PROPOSED] ORDER OF DISMISSAL WITH PREJUDICE BETWEEN PLAINTIFF AND DEFENDANT TRANS UNION, LLC ONLY – 5:17-CV-01810-EJD**