**IT IS SO ORDERED**

Judge Edward J. Davila

6/12/2017

STROOCK & STROOCK & LAVAN LLP
JULIA B. STRICKLAND (State Bar No. 083013)
MARCOS D. SASSO (State Bar No. 228905)
CRISTINA A. GUIDO (State Bar No. 292089)
2029 Century Park East
Los Angeles, CA 90067-3086
Telephone: 310.556.5800
Facsimile: 310.556.5959
Email:    lacalendar@stroock.com

Attorneys for Defendant
  CITIFINANCIAL SERVICING, LLC

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN JOSE

| | |
|---|---|
| RILEY HUNTER, | Case No. 5:17-CV-01810-EJD |
| Plaintiff, | [Honorable Edward J. Davila] |
| vs. | **NOTICE OF SETTLEMENT AS TO DEFENDANT CITIFINANCIAL SERVICING, LLC ONLY** |
| EXPERIAN INFORMATION SOLUTIONS, INC.; EQUIFAX, INC.; TRANSUNION, LLC; CITIBANK, NATIONAL ASSOCIATION; THE GOLDEN 1 CREDIT UNION AND DOES 1 THROUGH 100 INCLUSIVE, | Action Filed: March 31, 2017 |
| Defendants. | |

**TO THE HONORABLE COURT:**

**NOTICE IS HEREBY GIVEN** that Plaintiff RILEY HUNTER ("Plaintiff"), by and through his undersigned counsel of record, and Defendant CITIFINANCIAL SERVICING LLC (wrongfully named and sued as Citibank, N.A.) ("CitiFinancial"), by and through its undersigned counsel of record, have settled all claims between them in the above-captioned matter. Plaintiff and CitiFinancial are in the process of executing the final settlement documents, and Plaintiff anticipates filing a request for dismissal with prejudice as to CitiFinancial pursuant to Fed. R. Civ. Proc. 41(a)(1)(A)(ii) within forty-five (45) days of this Notice.

Dated: June 8, 2017

STROOCK & STROOCK & LAVAN LLP
JULIA B. STRICKLAND
MARCOS D. SASSO
CRISTINA A. GUIDO

By: _/s/ Cristina A. Guido_
Cristina A. Guido

Attorneys for Defendant
CITIFINANCIAL SERVICING, LLC

Dated: June 8, 2017

SAGARIA LAW, P.C.
SCOTT J. SAGARIA
ELLIOT W. GALE
SCOTT M. JOHNSON

By: _/s/ Elliot W. Gale_
Elliot W. Gale

Attorneys for Plaintiff
RILEY HUNTER

ECF Signature Certification

Pursuant to Civil L.R. 5-1(i)(3), I hereby certify that the content of this document is acceptable to counsel for Plaintiff and that I have obtained authorization from Plaintiff's counsel, Elliot W. Gale, to affix his electronic signature to this document.

Dated: June 8, 2017

*/s/ Cristina A. Guido*
Cristina A. Guido

- 1 -
NOTICE OF SETTLEMENT RE: CITIFINANCIAL SERVICING LLC
Case No. 5:17-CV-01810-HRL

LA 52080778

## CERTIFICATE OF SERVICE

I hereby certify that on June 8, 2016 a copy of the foregoing **NOTICE OF SETTLEMENT AS TO DEFENDANT CITIFINANCIAL SERVICING, LLC ONLY** was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the court's EM/ECF System.

*/s/ Cristina A. Guido*
Cristina A. Guido