UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| RILEY HUNTER,<br><br>             Plaintiff,<br><br>     v.<br><br>THE GOLDEN 1 CREDIT UNION,<br><br>             Defendant. | Case No.  5:17-cv-01810-EJD<br><br>**ORDER RE: CASE MANAGEMENT CONFERENCE** |

The above-entitled action is scheduled for a Case Management Conference on August 10, 2017.  Pursuant to Section III(B) of the undersigned's Standing Order for Civil Cases, Plaintiff and the sole remaining defendant, The Golden 1 Credit Union, were required to file a *Joint* Case Management Conference Statement no later than August 3, 2017.

The parties did not do so.  Instead, Plaintiff filed a separate Case Management Conference Statement indicating that The Golden 1 Credit Union did not provide input on a proposed statement and did not respond to inquiries regarding same.  Dkt. No. 42.  Despite its lack of responsiveness to Plaintiff, The Golden 1 Credit Union nonetheless seeks to appear telephonically at the August 10th Conference, implicitly acknowledging its obligation to participate in the preparation of a timely joint statement.

The court will not proceed with case scheduling under these circumstances.  Instead, the Case Management Conference is CONTINUED to **10:00 a.m. on August 17, 2017,** and the parties shall file a *Joint* Case Management Conference Statement on or before **August 10, 2017.**  If The Golden 1 Credit Union remains unresponsive even in light of this order, Plaintiff may resubmit a separate Case Management Donent Conference Statement along with the declaration described

1

Case No.: 5:17-cv-01810-EJD
ORDER RE: CASE MANAGEMENT CONFERENCE

in Civil Local Rule 16-9(a).

The motion to appear telephonically (Dkt. No. 41) is DENIED AS MOOT.

**IT IS SO ORDERED.**

Dated:  August 4, 2017

EDWARD J. DAVILA
United States District Judge

Case No.: 5:17-cv-01810-EJD
ORDER RE: CASE MANAGEMENT CONFERENCE

2