1  SCOTT J. SAGARIA (SBN 217981)
   sjsagaria@sagarialaw.com
2  ELLIOT W. GALE (SBN 263326)
   egale@sagarialaw.com
3  JOE ANGELO (SBN 268542)
   jangelo@sagarialaw.com
4  **SAGARIA LAW, P.C.**
   3017 Douglas Blvd., Ste. 100
5  Roseville, CA 95661
   408-279-2288 ph:
6  408-279-2299 fax

7  Attorneys for Plaintiff
   Riley Hunter

## IN THE UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA – SAN JOSE DIVISION

| RILEY HUNTER, | Case No.: 5:17-CV-01810-EJD |
|---|---|
| Plaintiff, | STIPULATION TO DISMISS DEFENDANT THE GOLDEN 1 CREDIT UNION; ~~PROPOSED~~ ORDER |
| v. | |
| EXPERIAN INFORMATION SOLUTINOS, INC.; et. al., | |
| Defendants. | |

**TO THE COURT, CLERK OF COURT, AND ALL PARTIES:**

IT IS HEREBY STIPULATED by and between plaintiff Riley Hunter and defendant The Golden 1 Credit Union ("Golden 1"), that Golden 1 be dismissed from this action with prejudice pursuant to Federal Rules of Civil Procedure, section 41(a)(2), and that each party shall bear its own attorneys' fees and costs.

DATED:  October 2, 2017        Sagaria Law, P.C.

                               By:    */s/ Elliot W. Gale*
                                      Elliot W. Gale
                               Attorneys for Plaintiff
                               Riley Hunter

DATED:  October 2, 2017        Downey Brand LLP

                               By:    */s/ Janlynn Fleener*
                                      Janlynn Fleener
                               Attorneys for Defendant
                               The Golden 1 Credit Union

I, Elliot Gale, am the ECF user whose identification and password are being used to file this Stipulation. I hereby attest that Janlynn Fleener has concurred in this filing.

*/s/ Elliot Gale*

### [PROPOSED] ORDER

Pursuant to the stipulation of the Parties, Defendant Golden 1 is dismissed with prejudice, with each party to bear its own attorney's fees and costs.  The Clerk shall close this file.

IT IS SO ORDERED.

DATED: October 3, 2017                    [signature]

                                          EDWARD J. DAVILA
                                          UNITED STATES DISTRICT JUDGE

STIPULATION TO DISMISS DEFENDANT THE GOLDEN 1 CREDIT UNION; PROPOSED ORDER - 2